IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RONALD RAY BRESHEARS                                    CONSOLIDATED
ADC # 132771, *et al.*                                        PLAINTIFFS

V.                    Case No. 4:24-CV-00872-KGB-BBM
                              (Lead Case)

CLAY FORD, District Court Judge,
*et al.*                                                        DEFENDANTS

## **ORDER**

On October 21, 2024, Consolidated Plaintiff Ronald Ray Breshears ("Breshears")

filed a completed and signed Application to Proceed *in forma pauperis* ("IFP Motion").

(Doc. 4). Based on the provided financial information, Breshears's IFP Motion will be

granted, and no initial filing fee will be collected.

Breshears's Complaint and Amended Complaint, (Docs. 1, 14), must be screened

before this case may proceed.[1] The Court will issue a screening order in due course.

IT IS THEREFORE ORDERED THAT:

1.      Breshears's IFP Motion (Doc. 4) is GRANTED.

2.      Although Breshears is unable to pay an initial partial filing fee, he must,

nevertheless, pay the statutory filing fee of $350. Breshears's custodian is directed to

collect monthly payments equal to 20% of the preceding month's income credited to

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints prior to service and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b).

Breshears's institutional account each time the amount in the account exceeds $10.00. Those payments must be sent to the Clerk of the Court until a total of $350 has been paid.[2]

3.    The Clerk is directed to send a copy of this Order to the Jail Administrator of the Saline County Detention Center, 735 Neeley Street, Benton, Arkansas 72015.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The payments forwarded on Breshears behalf must clearly indicate the case name and number: *Breshears, et al., v. Ford, et al.*, No. 4:24-CV-00872-KGB-BBM.