IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RONALD RAY BRESHEARS<br>ADC # 132771, *et al.* | CONSOLIDATED<br>PLAINTIFFS |

V.          Case No. 4:24-CV-00872-KGB-BBM
(Lead Case)

Case No. 4:24-CV-00873-KGB-BBM
(Related Case)

| | |
|---|---|
| CLAY FORD, District Court Judge,<br>*et al*. | DEFENDANTS |

## **ORDER**

Several Motions for Joinder were pending in Nathaniel Cogburn's ("Cogburn") case, E.D. Ark. Case Number 4:24-CV-00873-KGB-BBM, before his case was consolidated into the lead case, *Breshears, et. al v. Ford et al.*, E.D. Ark. Case Number 4:24-CV-00872-KGB-BBM. Cogburn's Motion for Joinder, (Doc. 5 in Case Number 4:24-CV-00873-KGB-BBM), is denied as moot, to the extent this Motion asks for consolidation into Breshears's case. All other relief requested is denied without prejudice as premature.

The remaining Motions for Joinder, (Docs. 7–9 in Case Number 4:24-CV-00873-KGB-BBM), are denied without prejudice as premature. If, upon screening the pending Complaints and Amended Complaints, the Court determines that appointment of counsel

is appropriate for either of the Consolidated Plaintiffs, the Court will revisit the issue of class certification and/or joinder of parties upon receipt of an appropriate motion.[1]

IT IS THEREFORE ORDERED THAT:

1. Cogburn's Motion for Joinder (Doc. 5 in Case Number 4:24-CV-00873-KGB-BBM), is DENIED as moot, to the extent this Motion asks for consolidation into Breshears's case. All other relief requested is DENIED without prejudice as premature.

2. The remaining Motions for Joinder, (Docs. 7, 8, 9 in Case Number 4:24-CV-00873-KGB-BBM), are DENIED without prejudice as premature.

3. The Clerk is directed to file a copy of this Order in both: (1) *Breshears, et al., v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00872-KGB-BBM; and (2) *Cogburn v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00873-KGB-BBM.

IT IS SO ORDERED this 21st day of February, 2025.

                                                                            _____
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes no position on the substance of the Motions for Joinder. (Docs. 5, 7–9). Instead, the Court notes that, in the absence of a screening order, it is inappropriate to decide whether parties *or* claims should be joined in this action. Moreover, any decision on class certification is premature where: (1) the Consolidated Plaintiffs lack counsel, and (2) the exact contours of the claims remain unclear.