IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| RONALD RAY BRESHEARS<br>ADC # 132771, *et al.* | CONSOLIDATED<br>PLAINTIFFS |
| V.   Case No. 4:24-CV-00872-KGB-BBM<br>(Lead Case) | |
| CLAY FORD, District Court Judge,<br>*et al.* | DEFENDANTS |

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Chief Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**I.     DISCUSSION**

On October 10, 2024, Consolidated Plaintiff Christopher R. Davis ("Davis"), then an inmate in the Saline County Detention Center ("SCDC"), filed a *pro se* Complaint[1]

---

[1] Davis's case, *Davis v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00874-KGB-BBM, was subsequently consolidated into the lead case, *Breshears, et al., v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00872-KGB-BBM. (Doc. 202). This Recommendation concerns the Complaint initially filed in *Davis v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00874-KGB-BBM as (Doc. 1) and now filed in *Breshears, et al., v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00872-KGB-BBM as (Doc. 237).

pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. (Doc. 237). On November 12, 2024, a file-marked copy of the Complaint sent to Davis at SCDC address was returned as undeliverable. *See* (Doc. 2), *Davis v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00874-KGB-BBM.

On February 13, 2025, the Court: (1) notified Davis of his obligations to maintain a valid mailing address with the Clerk of this Court and to diligently prosecute his case, and (2) warned Davis that, if he did not comply with the Court's Order, his case may be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b). (Doc. 208 at 1–2). Specifically, under Local Rule 5.5(c)(2), Davis has a duty to: (1) promptly notify the Clerk of any changes in his address; (2) monitor the progress of his case; and (3) prosecute his case diligently. *Id.* at 2. Additionally, Local Rule 5.5(c)(2) provides that, if any communication from the Court to a *pro se* plaintiff, like Davis, is not responded to within 30 days, the case may be dismissed without prejudice. *Id.* The above-referenced February 13 Order was also returned as undeliverable, with the notation, "RTS: not here." (Doc. 240).

Davis has not complied with the February 13 Order, and the time to do so has passed. Accordingly, the Court recommends that his Complaint be dismissed without prejudice for failure to prosecute.

II.  **CONCLUSION**

IT IS THEREFORE RECOMMENDED THAT:

1. Davis's Complaint, (Doc. 237), be DISMISSED without prejudice for failure to prosecute.

2. The Clerk be directed to file a copy of this Recommended Disposition and any associated Order in both: (1) *Breshears, et al., v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00872-KGB-BBM; and (2) *Davis v. Ford, et al.*, E.D. Ark. Case Number 4:24-CV-00874-KGB-BBM.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting this Recommended Disposition and the accompanying judgment would not be taken in good faith.

DATED this 21st day of March, 2025.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE