IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONALD RAY BRESHEARS,** *et al.*  **PLAINTIFFS**
**ADC #132771**

v.             Case No. 4:24-cv-00872-KGB (Lead)
               Case No. 4:24-cv-00873-KGB
               Case No. 4:24-cv-00874-KGB

**CLAY FORD, District Court Judge,** *et al*.   **DEFENDANTS**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") of United States Magistrate Judge Benecia Moore recommending that this Court dismiss without prejudice plaintiff Christopher R. Davis's complaint for failure to prosecute (Dkt. No. 317). Neither Mr. Davis nor defendants have objected to the Recommendation, however, separate plaintiff Ronald Ray Breshears has filed objections (Dkt. No. 323). In his objections, Mr. Breshears asserts that Mr. Davis's claim should be preserved to be used as evidence to show similar events that have taken place, that Mr. Davis's complaint supports the claims of plaintiffs Nathaniel Coburn and Mr. Breshears, and that Mr. Davis's claim supports the need for joinder and class certification (*Id*., ¶ 1–4). Mr. Breshears's objections do not overcome Mr. Davis's failure to respond to the Court's Order or Mr. Davis's failure to prosecute his case from the time his complaint was filed as set forth in Judge Moore's Recommendation. Mr. Breshears's objections are overruled.

Mr. Breshears requests that the Court give Mr. Davis an extension of time to comply with the Court's Order because he is trying to find an updated address for Mr. Davis (*Id*., ¶ 5). The Court denies Mr. Breshears's request seeking additional time to respond on Mr. Davis's behalf. Mr. Davis's case was filed on October 10, 2024, and the file marked copy of the complaint was returned undeliverable. *See Davis v. Ford et al.*, Case No. 4:24-cv-874 (E.D. Ark. filed Oct. 10,

2024) (Dkt. No. 2). In an Order dated February 13, 2025, Mr. Davis was notified of his obligations to maintain a valid mailing address with the Court, and mail sent by the Court to Mr. Davis was returned undeliverable on November 12, 2024, February 24, 2025, and February 26, 2025 (Dkt. No. 208, at 1-2). *Davis*, Case No. 4:24-cv-854 (E.D. Ark. filed Oc. 10, 2024) (Dkt. Nos. 2, 6, 7). Mr. Davis has had ample time to comply with the Court's Order.

For these reasons, after review of the Recommendation, objections, and after a *de novo* review of the record, the Court adopts the Recommendation (Dkt. No. 317). Mr. Davis's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 237). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 8th day of April, 2025.

Kristine G. Baker
Chief United States District Judge