**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RONALD RAY BRESHEARS**                                                                 **PLAINTIFF**
**ADC #132771**

**v.**                                        **Case No. 4:24-cv-00872-KGB-BBM**

**CLAY FORD, District Court Judge,** *et al.*                                        **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Ronald Ray Breshears's motion for extension of time to respond to the Partial Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 360). Breshears states that he did not receive the Recommendation until May 22, 2026, and he requires additional time to develop his written objections (*Id.*, ¶ 3). Breshears requests 30 to 60 days to file his objections to the Recommendation (*Id.*, ¶ 5). For good cause shown, the Court grants Breshears's motion for extension of time to respond to the Recommendation (*Id.*). Breshears shall have up to, and including, July 29, 2026, to file his objections to the Recommendation.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge